[No. 75230-8-I. Division One. November 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTURO SPENCER MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00649-2, Stanley J. Rumbaugh, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Mann, J.

[No. 75641-9-I. Division One. November 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLON OCTAVIUS LUVELL HOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00938-2, Vicki L. Hogan, J., entered July 14, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Trickey, JJ.

[No. 47379-8-II. Division Two. November 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES PASCHAL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00502-6, Suzan L. Clark, J., entered August 18, 2014. *Affirmed in part, reversed in part, and remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[No. 47725-4-II. Division Two. November 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE DAVID LIPINSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01901-1, Erik D. Price, J., entered June 25, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.